FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation,

Plaintiffs,

v.

KYLE C. LESLIE and DAWN LEEDER LESLIE, husband and wife and the marital community thereof; ROBERT BAKER, individually,

Defendants.

No. 2:25-CV-00189-RLP

ORDER GRANTING STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

Before the Court is the parties' stipulated Motion to Dismiss All Claims with Prejudice, ECF No. 18. The parties stipulate to the dismissal of this action. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

ORDER GRANTING STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE * 1

Accordingly, **IT IS ORDERED**:

1. The parties' stipulated Motion to Dismiss, **ECF No. 18**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **close** the file, and provide copies to the parties.

DATED February 13, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE